**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SIMON TECLE,** | : | |
| | : | |
| Plaintiff, | : | Civil Action 2:25-cv-00835 |
| | : | |
| v. | : | Judge Michael H. Watson |
| | : | |
| **SERVABLY, INC. dba SYNCRO MSP,** | : | Magistrate Judge Chelsey M. Vascura |
| ***et al.*,** | : | |
| | : | |
| Defendants. | | |

## ORDER GRANTING JOINT MOTION TO VACATE NOTICE REFERRING CASE TO MEDIATION

This matter is before the Court on the Parties' Joint Motion to Vacate Notice Referring Case to Mediation (ECF No. 19). For good cause shown, the Joint Motion is GRANTED, and the Notice referring this case to mediation is VACATED.

**IT IS SO ORDERED.**

s/ *Chelsey M. Vascura*
_____
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

4